# SURFACE TRANSPORTATION BOARD
*Office of the General Counsel*
*Washington, D.C. 20423-0001*
December 3, 2013

*Tel:  (202) 245-0260*
*Fax: (202) 245-0460*

**BY CM/ECF and email to *pro se* parties**

Mark Langer
Clerk of the Court
United States Court of Appeals
  For the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re: *Eric Strohmeyer v. Surface Transportation Board*,
      D.C. Circuit No. 13-1064 (STB-FD 35705)

Dear Mr. Langer:

  This is to advise the Court that, effective November 1, 2013, Raymond Atkins resigned his position as the General Counsel of the Surface Transportation Board (Board) and is no longer representing the Board.  Craig M. Keats has since replaced Mr. Atkins as the Board's General Counsel.

  Please withdraw Mr. Atkins appearance for the Board and change Mr. Keats' title to General Counsel.

           Respectfully submitted,

           */s/ Jeffrey D. Komarow*
           Jeffrey D. Komarow
           Attorney
           Surface Transportation Board

cc:  Counsel of Record